**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

UNDERWRITERS AT LLOYD'S
LONDON,

    Plaintiff,

vs.                                             CASE NO. 8:05-CIV-1460-T-17-TGW

CAROL OSTING-SCHWINN, etc.,

    Defendant.
_____/

**ORDER CORRECTING SCRIVENER'S ERRORS**

       This cause is before the Court on the plaintiff's motion for leave to seek clarification (Docket No. 125) and response thereto (Docket No. 126).  The plaintiff alleges that the order on summary judgment (Docket No. 118) contained the following erroneous statement on page 9, "...declaration specified that a copy was provided to Berk.." and that the correct statement should be "...declaration specified that a copy was provided to claimant's attorney..".  The plaintiff seeks to file a motion for clarification on this issue.  In response, the defendant concedes this point.  Therefore, there is no need for the plaintiff to file a motion for clarification.

       Also, the defendant has identified a second scrivener's error.  At page 3 of the order on summary judgment, second line, it should read: "On February 1, 2005, Berk sent a letter..."  The Court will clarify the points raised.    Accordingly, it is

**ORDERED** that the motion for leave to seek clarification (Docket No. 125) be **denied as moot** and the order on summary judgment (Docket No. 118, page 9) is corrected to read: "...declaration specified that a copy was provided to claimant's attorney.." Further, the order on summary judgment (Docket No. 118, page 3, line 2) is corrected to read: "On February 1, 2005, Berk sent a letter..."

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record