UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNDERWRITERS AT LLOYD'S
LONDON,

     Plaintiffs

v.                                    Case No.: 8:05-CV-1460-T-17TGW

CAROL OSTING-SCHWINN,
as parent and legal guardian of
C.O., a minor,

     Defendant,

and

CAROL OSTING-SCHWINN,
as parent and legal guardian of
C.O., a minor,

     Counter-Plaintiff,

v.

UNDERWRITERS AT LLOYD'S
LONDON,

     Counter-Defendants.

_____/

## DEFENDANT / COUNTER-PLAINTIFF'S MOTION
## TO TAX APPELLATE FILING FEE AS COSTS

     COMES NOW the Defendant / Counter-Plaintiff, CAROL OSTING-SCHWINN, as

parent and legal guardian of C.O., a minor, and pursuant to Federal Rule of Appellate Procedure

39(e) moves this Honorable Court to enter an order taxing the filing fee of $455 for Defendant /

Counter-Plaintiff's appeal as a cost against the Plaintiffs / Counter-Defendants, and as grounds

therefore states:

1.  On October 8, 2008, the Defendant / Counter-Plaintiff commenced an appeal from the judgment which the Court had entered for the Plaintiffs / Counter-Defendants, and paid the applicable filing fee of $455.  (Dckt. 183).

2.  On August 5, 2010, the United States Court of Appeals for the Eleventh Circuit issued an opinion which reversed the judgment in favor of Plaintiffs / Counter-Defendants, vacated the Court's order granting summary judgment to the Plaintiffs / Counter-Defendants, and remanded for further proceedings.

3.  Federal Rule of Appellate Procedure 39(a)(3) provides, "if a judgment is reversed, costs are taxed against the appellee."   Also, on the same date that the Court of Appeals issued its opinion, the Clerk of the Court of Appeals issued a memorandum to the parties which stated, in part, "Pursuant to Fed.R.App.P. 39, costs on appeal taxed against appellee."   The memorandum is attached as Exhibit A.

4.  Because the Defendant / Counter-Plaintiff was the appellant in her appeal and the Plaintiffs / Counter-Defendants were the appellees, the Defendant / Counter-Plaintiff is the prevailing party and is entitled to taxation of appellate costs against the Plaintiffs / Counter-Defendants.

5.  Federal Rule of Appellate Procedure 39(e)(4) provides that the costs of an appeal which are taxable in the District Court include "the fee for filing the notice of appeal."

6.  For the foregoing reasons, the Defendant / Counter-Plaintiff is entitled to an order taxing the filing fee as an appellate cost against the Plaintiffs / Counter-Defendants.

## STATEMENT PURSUANT TO LOCAL RULE 3.01(g)

I hereby certify that I have contacted William S. Berk, Esq., Melissa McMillan Sims, Esq., and Sorraya Solages, Esq., counsel for the Plaintiffs / Counter-Defendants, in a good-faith effort to resolve the issue raised by this motion without the necessity of court intervention.  See email from undersigned counsel to Mr. Berk, Ms. Sims, and Ms. Solages, attached as Exhibit B. Ms. Solages responded and stated only that the Plaintiffs object to this motion, without offering any reason or proposing any alternate resolution of the issue raised by the motion.  See emails from Ms. Solages to undersigned counsel, attached as Exhibits C and D.  Therefore the parties have not reached a resolution.

## MEMORANDUM OF LAW

Federal Rule of Appellate Procedure 39 governs the taxation of costs in an appeal. Paragraph (a) of Rule 39 determines which party is entitled to taxation of appellate costs.  It states, in relevant part,

> **(a)   Against Whom Assessed.**   The following rules apply unless the law provides or the court orders otherwise:
>
> . . .
>
> (3)  if a judgment is reversed, costs are taxed against the appellee;
>
> (4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

In this case, the decision of the Court of Appeals reversed the judgment, and vacated the order granting summary judgment for the Plaintiffs / Counter-Defendants.  Because the judgment was reversed, subparagraph (a)(3) applies and costs shall be taxed against the Plaintiffs / Counter-Defendants.  Alternatively, if subparagraph (a)(4) applies, the appellate costs still shall be taxed

against the Plaintiffs / Counter-Defendants because the memorandum issued by the Clerk of the Court of Appeals states that costs shall be taxed against the appellee.

Rule 39(c) provides that costs of copies shall be taxed by the Court of Appeals, while Rule 39(e) lists additional costs which shall be taxed in the District Court.  Rule 39(e) states:

> **(e)  Costs on Appeal Taxable in the District Court.**  The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:
>
> > (1)  the preparation and transmission of the record;
> >
> > (2)  the reporter's transcript, if needed to determine the appeal;
> >
> > (3)  premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and
> >
> > (4)  the fee for filing the notice of appeal.

The only cost listed in Rule 39(e) which the Defendant / Counter-Plaintiff incurred is the filing fee for the appeal.  Therefore, the Defendant / Counter-Plaintiff is entitled to taxation of the filing fee of $455 against the Plaintiffs / Counter-Defendants as a cost of the appeal.

WHEREFORE the Defendant / Counter-Plaintiff, CAROL OSTING SCHWINN, as parent and legal guardian of C.O., a minor, requests this Honorable Court to enter an order taxing the appellate filing fee of $455 against the Plaintiffs / Counter-Defendants, Underwriters at Lloyd's, London, as a cost of the appeal.

## **CERTIFICATE OF SERVICE**

I hereby certify that on **September 20, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: **William Stewart Berk, Esquire** and **Melissa McMillan Sims, Esquire**, Berk, Merchant & Sims, P.L.C., 2100 Ponce de Leon Blvd., PH-1, Coral Gables, FL 33134-5215.

*/s Shea Moxon*
SHEA MOXON
Florida Bar No. 0012564
SheaM@swopelaw.com
KATHRYN LEE
Florida Bar No. 0675660
KathrynL@swopelaw.com
SWOPE, RODANTE P.A.
1234 E. 5th Ave.
Tampa, Fl 33605
(813) 273-0017
(813) 223-3678 (f)
Counsel for Carol Osting-Schwinn