UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORNOCH LTD.,

    Plaintiff,

v.      CASE No. 8:05-CV-1460-T-17TGW

CODY OSTING and
CAROL OSTING-SCHWINN,

    Defendants.

## O R D E R

THIS CAUSE came on for consideration upon the non-party's Motion for Protective Order (Doc. 224). It seeks to limit the documents it is required to produce in response to a subpoena duces tecum.

The motion is deficient because it is not supported by a memorandum of law as required by Local Rule 3.01(a). Further, it is unnecessary since, after filing its objections to the subpoena, the movant is not required to produce the documents. See Rule 45(c)(2)(B), F.R.Civ.P. Rather, the onus falls on the party seeking discovery, if they do not find the objections meritorious, to file a motion to compel the information pursuant to Rule 37, F.R.Civ. P., and Local Rule 3.04(a). Further, the presentation of

the dispute in accordance with the format identified in Local Rule 3.04(a) will better facilitate the court's resolution of the disagreement.

It is, therefore, upon consideration

ORDERED:

That the Motion for Protective Order (Doc. 224) be, and the same is hereby, **DENIED.**

DONE and ORDERED at Tampa, Florida, this 4th day of May, 2011.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE