UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO. 8:05-CV-1460-T-17TGW

DORNOCH, LTD.,
in its individual capacity,

    Plaintiff,

vs.

CODY OSTING and
CAROL OSTING-SCHWINN,

    Defendants.

_____/

## UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS

Plaintiff, DORNOCH, LTD., files this Motion for Disbursement of Funds and states:

1. The instant action sounds in breach of contract and declaratory relief. (D.E. 204).

2. Pending before the Court are the parties' cross-motions for summary judgment. (D.E. 237, 239).

3. However, in the interim, the parties have amicable resolved this matter.

4. Accordingly, DORNOCH, LTD., requests disbursement of $100,000.00 to Defendants, CODY OSTING and CAROL OSTING-SCHWINN from the Court Registry as full and final settlement of this action as well as the related state-court action.

WHEREFORE, Plaintiff, DORNOCH, LTD., respectfully requests that this Court enter an Order disbursing the sum of $100,000.00 to Defendants, CODY OSTING and CAROL OSTING-SCHWINN as full and final settlement of this action as well as the

DORNOCH vs. OSTING and OSTING-SCHWINN
CASE NO. 8:05-CV-1460-T-17TGW
PAGE 2

related state-court action. The remainder of the $1,658.00 should be returned to

DORNOCH, LTD. c/o Berk, Merchant & Sims, PLC.

                                      Respectfully submitted,

                                      Berk, Merchant & Sims, PLC

                                      /s/ Melissa M. Sims
                                      William S. Berk
                                      Florida Bar No.: 349828
                                      wberk@berklawfirm.com
                                      Melissa M. Sims
                                      Florida Bar No.: 85936
                                      msims@berklawfirm.com
                                      2 Alhambra Plaza, Suite 700
                                      Coral Gables, Florida 33134
                                      Tel: 786-338-2878/Fax:786-36401817
                                      ***Counsel for DORNOCH, LTD.***

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01 (g)**

The undersigned counsel hereby certifies it has conferred with Defendant's counsel and they do not oppose the Motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on 19th day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Lisha Bowen, Esquire
Brandon Cathey, Esquire
Swope Rodante, P.A.
1234 E. 5th Avenue
Tampa, Florida 33605
Tel:813-273-0017/Fax:813-223-3678
***Counsel for Osting & Osting-Schwinn***

                                      /s/ Melissa M. Sims
                                      Melissa M. Sims

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO. 8:05-CV-1460-T-17TGW

DORNOCH, LTD.,
in its individual capacity,

    Plaintiff,

vs.

CODY OSTING and
CAROL OSTING-SCHWINN,

    Defendants.
_____/

## AGREED ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS

THIS MATTER, coming before the Court on Plaintiff's Motion for Disbursement of Funds and the Court, having been advised that the parties herein are in agreement of said Motion and for the reasons set forth on the record:

IT IS ORDERED AND ADJUDGED that disbursement of the funds held in the Court Registry shall be as follows: $100,000.00 of the $101,658.00 shall be disbursed to CODY OSTING and CAROL OSTING-SCHWINN. The parties further agree that the remaining $1,658.00 shall be disbursed to Berk, Merchant & Sims, PLC, Trust Account.

IT IS FURTHER ORDERED AND ADJUDGED that such disbursement be made expeditiously. A copy of this Order may be attached to Counsel's settlement statement to satisfy counsel obligations under the Rule 4-1.5 of the Florida Rules Regulating the Florida Bar.

DONE AND ORDERED in Chambers, at Tampa, Florida, this _____ day of December, 2011.

                                                **ELIZABETH A. KOVACHEVICH**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:
Melissa Sims, Esq.
Lisha D. Bowen, Esq.